FILED
OCT 26 2026
CLERK U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 4:26-MJ-72
)
WILLIAM G. SIX )
) Court Date: November 9, 2026
) Time: 8:30 a.m.

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) Ticket No. E1575141

THE UNITED STATES ATTORNEY CHARGES:

That on or about 18 July, 2026 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, WILLIAM G. SIX, did sell any alcoholic beverage to any individual when at the time of such sale he knew or had reason to believe that the individual to whom the sale was made was less than 21 years of age, interdicted, or intoxicated. (In violation of Title 18 United States Code, Sections 7 and 13, assimilating Code of Virginia § 4.1-304.)

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: ______________/s/________________________
PRERNA GUPTA
Special Assistant United States Attorney
United States Attorney's Office
950 Jefferson Avenue Rm. 4060
Fort Eustis, VA 23604
Phone: (757) 570-8624
Email: prerna.gupta2.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on October 29, 2026, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel for the defendant known to the Government in the above-styled case.

.

/s/

PRERNA GUPTA
Special Assistant United States Attorney
United States Attorney's Office
950 Jefferson Avenue Rm. 4060
Fort Eustis, VA 23604
Phone: (757) 570-8624
Email: prerna.gupta2.mil@army.mil